USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION
*As Trustee, for the Benefit of the Holders of Comm 2013-CCRE12 Mortgage Trust Commercial Mortgage Pass-Through Certificates*,

                Plaintiff,

           v.

REBECCA A. ABRUZZINO *AN INDIVIDUAL* AND WILLIAM A. ABRUZZINO *AN INDIVIDUAL*,

                Defendants.

---

No. 17-CV-8148 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to mail *pro se* Defendants a copy of the Case Management Plan and Scheduling Order in this case (Dkt. 39), as well as a copy of this Order.

SO ORDERED.

Dated:    August 1, 2018
          New York, New York

                                  Ronnie Abrams
                                  United States District Judge